OPINION — AG — **** ELECTED STATE OFFICIALS — UNAUTHORIZED REIMBURSEMENT OF EXPENSES **** AN ELECTED STATE OFFICIAL MAY NOT LEGALLY MAKE A CLAIM OR RECEIVE PAYMENT FOR TRAVEL OR PER DIEM FOR HIS PLACE OF RESIDENCE TO HIS REGULARLY ASSIGNED OFFICE AT THE STATE CAPITOL. CITE: 74 O.S. 1972 Supp., 500.2 [74-500.2], 74 O.S. 1972 Supp., 500.7 [74-500.7] (ROBERT H. MITCHELL) ** SEE: OPINION NO. 75-188 (1975)) **